# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DEREK ELROD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:21-CV-00235-JRG-RSP |
| | § | |
| SEDGWICK CLAIMS | § | |
| MANAGEMENT SERVICES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Derek Elrod and Defendant Sedgwick Claims Management Services, Inc. (Dkt. No. 19.)

Having considered the Motion, and in light of its joint nature, it is **GRANTED**. Accordingly, all pending claims and causes of action in this case by and between Plaintiff Derek Elrod and Defendant Sedgwick Claims Management Services are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 21st day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE